UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUSAN MARIE OTOLO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-10201-LTS |
| JOHN E. POTTER, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

June 8, 2011

SOROKIN, M.J.

On February 15, 2011, Defendant Potter filed a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. Docket # 35. On April 6, 2011, the Court ordered the pro se Plaintiff to file her opposition to that motion by April 27, 2011, or face the possibility of dismissal of her case for failure to prosecute. Docket # 38. To date, Ms. Otolo has not filed a response to the motion.

At a status conference on May 5, 2011, the Plaintiff sought a referral to the Court's voluntary mediation program. Potter's counsel indicated that she wished to discuss the possibility of mediation with her client. The Court ordered that Potter should inform the Court of his decision and that in the event he was willing to mediate, the Court would then refer the Parties to the mediation program -- but that in the event Potter declined to participate in mediation (a voluntary activity), the Court would allow Ms. Otolo fourteen more days to respond

1

to the motion for summary judgment before proceeding to decide the motion.

On May 11, 2011, Potter informed the Court that he did not wish to participate in mediation. Docket # 40. Accordingly, on May 13, 2011, the Court Ordered that the Plaintiff file her response to the summary judgment motion by May 28, 2011, and reminded her that she faced dismissal of her case if she failed to do so. Docket # 41. On May 16, 2011, the Plaintiff made a filing requesting scheduling of a trial in her case. Docket # 42.

The next step in this case is decision by this Court of the defendant's Motion for Summary Judgment. If the Court denies the motion, then the Court will convene a trial on Ms. Otolo's claims. If the Court allows the motion, then judgment will enter in favor of the defendant without a trial. See Fed. R. Civ. P. 56.

In fairness to Ms. Otolo who is not a lawyer and represents herself, for one final time, the Court will give her fourteen more days to respond to the motion for summary judgment. Accordingly, it is ORDERED that the Plaintiff shall file her opposition to the pending motion for summary judgment by the close of business on June 22, 2011. The Court will then proceed to decide the motion for summary judgment. If Ms. Otolo fails to file a written response to the motion for summary judgment by June 22, 2011, however, she faces dismissal with prejudice of her claims for failure to prosecute.

SO ORDERED.

/s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE