UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:08-10201 LTS**

**SUSAN MARIE OTOLO**
Plaintiffs

V.

**JOHN E. POTTER, ET AL**
Defendants

**ORDER OF JUDGMENT**

SOROKIN, M.J.

The court having issued an Order allowing the Defendants Motion for summary Judgment on July 12, 2011, Judgment is hereby entered on behalf of the defendants, John E. Potter, et al against the plaintiff, Susan Marie Otolo.
  SO ORDERED.


　　　　　　　　　　　　　　　　　　/s/ Leo T. Sorokin
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


July 21, 2011